# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America )<br>v. )<br>Ryan Leigh Harsha )<br>a/k/a Lee Mayjors )<br> )<br> )<br>*Defendant(s)* | Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 13, 2013 ~~in the county of~~ in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1028(a) | Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and Information |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint and Application for Arrest Warrant

☑ Continued on the attached sheet.

*Complainant's signature*

David Popp, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:

*Judge's signature*

City and state: Washington, D.C.    Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*