UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN LEIGH HARSHA<br>a/k/a LEE MAYJORS<br>a/k/a LEE MAJORS | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF THE ARREST
OF RYAN LEIGH HARSHA**

I, David Popp, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). ICE/HSI is a subordinate component of the Department of Homeland Security ("DHS"). I have been an ICE/HSI Special Agent since June of 2004, and I am currently assigned to the Document and Benefit Fraud Task Force at the HSI field office in Dulles, Virginia. In my capacity as a Special Agent Criminal Investigator, I have had experience in criminal investigations involving human smuggling, human trafficking, employer sanctions, financial crimes, narcotics, and identity and benefit fraud. I have been trained at the Federal Law Enforcement Training Center in Brunswick, Georgia, where I have attended and graduated from the Criminal Investigator Training Program, the Immigration and Customs Special Agent Training Program, as well as the Identity and Benefit Fraud Training Program. In my capacity as a Special Agent, my duties include investigating violations of the nation's immigration and nationality laws.

2. This affidavit is intended to show only that there is sufficient probable cause for the arrest of Ryan Leigh HARSHA and does not set forth all of my knowledge about this matter.

## FACTS

3. On March 9, 2013, the United States Customs and Border Protection Agency ("CBP") at Chicago, Illinois, O'Hare Airport inspected a package ("the package") that had been shipped to the United States from Malaysia by DHL, a worldwide shipping company. According to the address label, the package was to be delivered to "Lee Majors," at "1514 26th Street, N.W., STE 1, Washington, D.C." An inspection of the package revealed that it contained 502 laminate heat seal covers, each containing the holographic image of the seal of the State of Illinois Motor Vehicle Agency.

4. Laminate heat seal covers with embedded holographic images are frequently used by government agencies in the United States when producing identifications. An agency prints an individual's identifying information on cards or paper via a computer and/or special printer. That identification is then sealed in a laminate heat seal. Agencies will typically embed holographs on their laminate heat seals in an effort to prevent duplication or fraudulent manufacturing of fictitious identifications, documents, or driver's licenses.

5. Shortly after the package was inspected by CBP, it was seized and transferred to the custody of the Washington, D.C. office of the ICE/HSI.

6. On March 13, 2013, HSI agents and a Washington, D.C., Metropolitan Police Department ("MPD") detective conducted a controlled delivery of the package to 1514 26th Street, N.W., Washington, D.C. 20007. An undercover agent ("UC") knocked on the door of 1514 26th Street, N.W., Washington, D.C. 20007. An adult white male answered the door and identified himself orally as "Lee Majors" (initially, there was no discussion of the spelling of the

name). The UC displayed the package, and "Lee Majors" stated that it was for him. HSI agents and the MPD detective approached the door, identified themselves as law enforcement, and indicated that they wanted to talk about the package. The male who had identified himself orally as "Lee Majors" then denied having any knowledge of the package and denied ownership of the package. The male who had identified himself orally as "Lee Majors" further stated that he was not expecting a package and that he did not use DHL as a method of shipping or receiving packages. The agents and detective confronted the man on this apparent inconsistency, and showed him the shipping label on the package with the name "Lee Majors." The man who had identified himself orally as "Lee Majors" stated that the package label did not have the correct spelling of his name. The man was asked for the correct spelling of his name, and he answered: "L-E-E-M-A-Y-J-O-R-S." The agents and detective asked the man to produce some identification, and he said he was unable to do so. The man then left the premises.

7. HSI agents conducted a search of online resources Google and YouTube using the name "Lee Mayjors." These searches revealed that an individual using the name "Lee Mayjors" operated an identity document production business called "24hourID" (with email address of 24hourID@gmail.com). Examination of YouTube hits returned during the Google search revealed multiple video reviews of "24hourID," which were posted by individuals who claimed that they had purchased fake identification cards from "24hourID." Several of the reviews included videos displaying the fake identification cards and pointing out the high-quality features of the fake identification cards, including holograms and micro-printing. The identification cards depicted in the videos included driver's licenses purportedly issued from Illinois and California. Several comments were posted regarding the reviews, including several posted by an individual using the name "Lee Mayjors," who commented on the high quality and authenticity of the

identification cards made by "24hourID." The person commenting as "Lee Mayjors" posted his email address as leemayjors3@gmail.com.

8. Also attached to the videos reviewing the fake identification cards produced by "24 Hour ID" were comments posted by 24HourID stating: (1) that there was presently a sale on Illinois identifications; (2) that "Cali IDs are now available again! 1/3/12"; (3) "check us out 24hourid@gmail.com, IL, PA, RI & NJ, Don't get scammed or buy a cheap quality ID. If you don't see the state you need contact us as we can get you in touch with us and we can assist you in finding it!"; and (4) "order at 24hourid@gmail.com." Another posting by 24HourID on the channel's Discussion page states "WE DO NOT HAVE A WEBSITE…. We only use email, youtube, and text/phone." Finally, there was a comment by "lorena jubic" on one of the videos that stated, "Buy from here!! seriously they are so nice & helpful. Ive gotten scammed before & they are real! they even sent me a picture of my template before they printed it to make sure I liked it!"

9. A judge on the Superior Court for the District of Columbia issued a search warrant for 1514 26th Street, N.W., Washington, D.C. 20007, on March 13, 2013. Law enforcement agents executed the search warrant that same day, and recovered from the apartment numerous items used to produce and distribute false identification documents. The residence was a one-room studio apartment on the first floor of the building at 1514 26th Street, N.W., Washington, D.C. Upon entering the residence, agents discovered multiple completed and in-process fraudulent driver's licenses in multiple names, 2 laptop computers, 2 photo printers, an electronic scanner, ink cartridges, 1,278 blank card stock, a credit card reader, cellular telephones, miscellaneous documents, and 114 Illinois Department of Motor Vehicles holographic laminate sheets similar to 502 laminates found in the DHL package intended for

delivery to "Lee Majors." Agents discovered numerous completed fraudulent Illinois driver's licenses in other individual's names, including two that were inside stamped letter sized envelopes addressed to different individuals. Agents discovered a hand-written receipt for a security deposit and rent payment for the address where the search occurred, indicating that payment was made by "Lee Majors."

10. While searching 1514 26th Street, N.W., Washington, D.C. 20007, agents recovered numerous identifications containing the photograph of the male who identified himself as Lee Mayjors when the HSI agents attempted the controlled delivery of the package. The photograph of the man was printed on five separate driver's licenses:

(a) Maryland (with the name Ryan Leigh HARSHA, DOB ▓▓▓▓, Driver's License Number ▓▓▓▓▓▓▓▓)

(b) Illinois (with the name ▓▓▓▓▓▓, DOB ▓▓▓▓, Driver's License Number ▓▓▓▓▓▓)

(c) California (with the name ▓▓▓▓▓▓▓▓, DOB ▓▓▓▓ Driver's License Number ▓▓▓▓)

(d) California (with the name ▓▓▓▓▓▓▓▓, DOB ▓▓▓▓, Driver's License Number ▓▓▓▓)

(e) New York (▓▓▓▓▓▓▓▓, DOB ▓▓▓▓, Driver's License Number ▓▓▓▓)

10. Records checks were run for the individuals listed on each of the five identifications containing the photograph of the man who had earlier identified himself as Lee Mayjors, using the name, date of birth, and driver's license number. There was no positive result matching the search criteria for all but one of the individuals named. The identity that was

5

attached to a record was the one from Maryland in the name of Ryan Leigh HARSHA (DOB 2/17/1980).  A law enforcement official from the Metropolitan Police Department searched a police database for the name Ryan Leigh HARSHA with the date of birth of 02/17/1980, and identified a booking photograph from a prior arrest in the District of Columbia.  I examined the booking photograph for Ryan Leigh HARSHA, and identified the man pictured in the photograph as the same person who answered the door at 1514 26th Street, NW, Washington, D.C., on March 13, 2013.

11.    In addition to the physical evidence seized during the search warrant, HSI Agents obtained search warrants for the laptop computers found in HARSHA's residence.  Discovered during the forensic analysis of the laptop computers were numerous images and programs utilized to create fraudulent drivers licenses, as well as JPEG images of signatures, head shots, and purchase/order forms for fraudulent identity documents.  Also found were several video reviews of the fraudulent documents, similar to those posted by Lee Mayjors on the 24HourID YouTube Channel.

12.    Your affiant's knowledge and experience have shown that document vending operations typically work in the following manner.  The fraudulent document producer ("vendor") obtains orders from customers who wish to buy one or more fraudulent identification documents for a negotiated price.  The customer will provide the vendor with the name, identifying information (such as a birth date, address, and social security number), and a photograph that should be included on the false identification documents.  The customer will send the required information through email or by mail to the vendor so that it can be used to create the false identification documents.  The vendor will then create the false identification documents on a computer and heat-seal it with a laminate.  The vendor will then ship the paid-for

6

identification to the customer. During the process, the vendor may communicate with the customer using email, phone, and/or text message.

13. The instructions found on the order form discovered during the forensic analysis of the laptop computers indicate that customers were instructed how to take photographs of themselves so as to make the picture appear as one suitable for a driver's license, including: "If you give us the perfect picture you will get the perfect ID. If you give us a bad picture then your ID will also look bad or worse, fake." Customers were also instructed to provide photographs of signatures for use on the identification documents, as well as complete biographical information (including name, address, sex, height, and hair color). When instructed to complete the biographical information, the order form states "BELOW TYPE IN YOUR ID ADDRESS (MAKE IT A REAL ADDRESS/LOCATION EVEN IF IT'S NOT YOUR REAL ADDRESS. THIS IS BECAUSE IF SOMEONE SCANS YOUR ID IT NEEDS TO BE LINKED TO A REAL LIFE LOCATION JUST IN CASE THEY HAVE SOFTWARE TO SEE IF THAT RESIDENCE EXISTS OR NOT. DO NOT MAKE IT AN APARTMENT LOCATION".

13. Based on the investigation to date, it is believed that Ryan Leigh Harsha is in the business of creating, selling, and distributing false identification documents.

Respectfully submitted,

_____
David Popp
Special Agent
Homeland Security Investigations
U.S. Department of Homeland Security

Subscribed and sworn to before me
on _____, 2014:

_____
UNITED STATES MAGISTRATE JUDGE