AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Ryan Leigh Harsha,<br>a/k/a Lee Mayjors<br><br>_____<br>Defendant | )<br>)  Case: 1:14-mj-00484<br>)  Assigned To : Magistrate Judge Deborah A. Robinson<br>)  Assign. Date : 7/30/2014<br>)  Description: Criminal Complaint and Arrest<br>)<br>) |

## ARREST WARRANT

**FILED**
**AUG 19 2014**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Ryan Leigh Harsha, a/k/a Lee Mayjors ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and Information, in violation of Title 18, United States Code, Section 1028(a).

Date: 07/30/2014

_____
*Issuing officer's signature*

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

City and state: Washington, D.C.

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/30/2014 , and the person was arrested on *(date)* 08/19/2014
at *(city and state)* Washington, DC .

Date: 08/19/2014

_____
*Arresting officer's signature*
Receiving

Francesca Reckley DUSM #30345
*Printed name and title*