UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1: 14-cr-209-TSC |
| | : | |
| v. | : | 18 U.S.C. § 1028(a) (Fraud in |
| | : | Connection with Identification |
| | : | Documents) |
| RYAN LEIGH HARSHA, | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or around March 13, 2013, in the District of Columbia, defendant RYAN LEIGH HARSHA knowingly possessed with intent to use unlawfully and transfer unlawfully five or more identification documents (other than those issued lawfully for the use of the possessor), authentication features, or false identification documents.

**(Fraud and Related Activity in Connection with Identification Documents, in violation of 18 U.S.C. § 1028(a))**

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

By: _____
Michael J. Friedman
Assistant United States Attorney

Page 1 of 2